# Robert A. Schwartz
## Attorney and Counselor at Law

Phone: 585/334-4270     2468 East Henrietta Road     E-MAIL: rschwartz@rschwartzlaw.com
Fax: 585/334-4275     Rochester, New York 14623     www.rschwartzlaw.com

April 3, 2019

VIA ECF

The Honorable Paul R. Warren
United States Bankruptcy Court Judge
100 State Street
Rochester, New York 14614

RE: David, Dorian
Case No.: 16-21251
Motion to Dismiss Returnable: 04/11/19 @ 10:00 a.m.

Dear Judge Warren:

Please accept this letter as my written confirmation that the debtor does not intend to oppose the Trustee's motion to dismiss his case.

Very truly yours,

Robert A. Schwartz

RAS:ds
Pc: George M. Reiber, Esq., Chapter 13 Trustee
      Dorian David